## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

MARY ANN ADCOCK,                              )
                                             )
      Plaintiff,                        )
                                             )
v.                                            )          Civil No.  3:16-cv-00806
                                             )          Judge Trauger
SOCIAL SECURITY ADMINISTRATION,               )
                                             )
      Defendant.                        )

## O R D E R

On December 19, 2017, the magistrate judge issued a Report and Recommendation

(DE #17), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on

the Administrative Record (Docket No. 14) is DENIED, and the Commissioner's decision is

AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of January 2018.


_____
ALETA A. TRAUGER
U.S. District Judge